# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | |
|---|---|
| United States of America<br>v.<br>Jaime Jesus Esquivel<br><br>*Defendant(s)* | )<br>)<br>) Case No.<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  March 23, 2023  in the county of  Webb  in the  Southern  District of  Texas , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18 United States Code, Section 922(g)(1) | Unlawful possession of a firearm by a previously convicted felon |

This criminal complaint is based on these facts:

See Attached Sheet...

☑ Continued on the attached sheet.

/s/ Shaun Insley
*Complainant's signature*

Shaun Insley, ATF Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: _____

*Judge's signature*

City and state:  Laredo, Texas     Diana Song Quiroga, U.S. Magistrate Judge
*Printed name and title*

# ATTACHMENT A

On March 17, 2023, the Bureau of Alcohol, Tobacco, Firearms, and Explosives Laredo Field Office received two search warrants from the United States Magistrate Court on a residence located on the 3600 block of San Eduardo Avenue in Laredo, TX and a residence located on the 3000 block of East Price Street in Laredo, TX. The San Eduardo residence was identified as a stash house for Jaime ESQUIVEL and the East Price Street residence was identified as ESQUIVEL's current residence.

Prior to obtaining the search warrants, ATF along with the Laredo Police Department (LPD) and the Drug Enforcement Administration (DEA) conducted a joint investigation on ESQUIVEL and conducted multiple controlled purchases resulting in the purchase of approximately 103 grams of cocaine, four (4) privately manufactured rifles and 4 machineguns from ESQUIVEL. Three of the four machineguns were 3-D printed polymer machinegun conversion devices. During the controlled purchase of narcotics, ESQUIVEL sold the LPD UC at least approximately 1 ounce of cocaine per controlled purchase.

On March 23, 2023, ATF, LPD, and DEA executed the search warrant on the residence on San Eduardo Avenue. During the search, agents located approximately 292 grams of suspected cocaine, a privately manufactured machinegun, multiple privately manufactured complete AR-type lower receivers, various firearm parts, firearm manufacturing tools, assorted ammunition, a Springfield, model M1A SOCOM II, 7.62mm rifle with serial number 270140 and a Western Field, model 550AD, 12-gauge shotgun with serial number 110901. Numerous firearm parts were in boxes containing ESQUIVEL's full name and the address of his East Price Street residence indicating the boxes and their contents belonged to ESQUIVEL. The suspected cocaine was field tested presumptive positive for cocaine.

ATF, DEA, and LPD also executed the search warrant on the East Price Street residence. During the search, agents located a 3-D printer, a large amount of pre-recorded US currency exchanged by the LPD UC to ESQUIVEL during the previous controlled purchases of the firearms, and assorted ammunition. Agents also located ESQUIVEL inside the East Price Street residence and detained him. ESQUIVEL was transported to the Laredo Police Department for questioning.

During the interview, ESQUIVEL admitted to being a previously convicted felon who could not possess firearms. ESQUIVEL stated he was the only person who had access to the San Eduardo Avenue residence and that he moved all of the firearms, firearm parts, and cocaine into the residence. ESQUIVEL stated that he purchased the Western Field shotgun approximately one year ago for approximately $150. ESQUIVEL also admitted to dealing cocaine.

SA Insley reviewed ESQUIVEL's criminal history and found ESQUIVEL was convicted of Abandon Endanger Child Criminal Negligence, a state felony, on 10/05/2020 and Manufacture/Delivery of a Controlled Substance-Cocaine, a state felony on 03/08/2021.

A preliminary review of the Springfield rifle and the Western Field shotgun revealed that they were manufactured outside of the state of Texas thus affected interstate commerce.