United States Courts
Southern District of Texas
FILED
*April 18, 2023*
Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

LAREDO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL NO. **L-23-CR-412** |
| | § | |
| **JAIME JESUS ESQUIVEL** | § | **MGM** |

### INDICTMENT

**THE GRAND JURY CHARGES THAT:**

### COUNT ONE

On or about February 23, 2023, in the Southern District of Texas and within the jurisdiction of the Court, Defendant,

**JAIME JESUS ESQUIVEL,**

did knowingly possess a machine gun, that is, one (1) privately made firearm, without serial numbers and industry markings in violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

### COUNT TWO

On or about March 9, 2023, in the Southern District of Texas and within the jurisdiction of the Court, Defendant,

**JAIME JESUS ESQUIVEL,**

did knowingly possess a machine gun, that is, three (3) privately made components referred to as drop-in auto-sears, without serial numbers and industry markings in violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

## COUNT THREE

On or about March 23, 2023, in the Southern District of Texas and within the jurisdiction of the Court, Defendant,

**JAIME JESUS ESQUIVEL,**

did knowingly possess a machine gun, that is, one (1) privately made firearm, without serial numbers and industry markings in violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

## COUNT FOUR

On or about February 23, 2023, in the Southern District of Texas and within the jurisdiction of the Court, Defendant,

**JAIME JESUS ESQUIVEL**

did knowingly possess a firearm, that is, one (1) privately made firearm, without serial numbers and industry markings, made in violation of Title 26, United States Code, Sections 5822, 5861(c), and 5871, and Title 18, United States Code, Section 2.

## COUNT FIVE

On or about March 9, 2023, in the Southern District of Texas and within the jurisdiction of the Court, Defendant,

**JAIME JESUS ESQUIVEL**

did knowingly possess a firearm, that is, three (3) privately made components referred to as drop-in auto-sears, without serial numbers and industry markings, made in violation of Title 26, United States Code, Sections 5822, 5861(c), and 5871, and Title 18, United States Code, Section 2.

## COUNT SIX

On or about March 23, 2023, in the Southern District of Texas and within the jurisdiction

of the Court, Defendant,

**JAIME JESUS ESQUIVEL,**

did knowingly possess a firearm, that is, one (1) privately made firearm, without serial numbers and industry markings, made in violation of Title 26, United States Code, Sections 5822, 5861(c), and 5871, and Title 18, United States Code, Section 2.

## COUNT SEVEN

On or about February 23, 2023, in the Southern District of Texas and within the jurisdiction of the Court, Defendant,

**JAIME JESUS ESQUIVEL,**

did knowingly possess a firearm, that is, one (1) privately made firearm, without serial numbers and industry markings, not registered to them in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871, and Title 18, United States Code, Section 2.

## COUNT EIGHT

On or about March 9, 2023, in the Southern District of Texas and within the jurisdiction of the Court, Defendant,

**JAIME JESUS ESQUIVEL,**

did knowingly possess a firearm, that is, three (3) privately made components referred to as drop-in auto-sears, without serial numbers and industry markings, not registered to them in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871, and Title 18, United States Code, Section 2.

## COUNT NINE

On or about **March 23, 2023**, in the Southern District of Texas and within the jurisdiction

of the Court, Defendant,

**JAIME JESUS ESQUIVEL,**

did knowingly possess a firearm, that is, one (1) privately made firearm, without serial numbers and industry markings, not registered to them in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871, and Title 18, United States Code, Section 2.

## COUNT TEN

On or about February 23, 2023, in the Southern District of Texas and within the jurisdiction of the Court, Defendant,

**JAIME JESUS ESQUIVEL,**

did knowingly and unlawfully transfer a firearm, that is, one (1) privately made firearm, without serial numbers and industry markings, without serial numbers and industry markings, not registered in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Sections 5812, 5861(e), and 5871, and Title 18, United States Code, Section 2.

## COUNT ELEVEN

On or about March 9, 2023, in the Southern District of Texas and within the jurisdiction of the Court, Defendant,

**JAIME JESUS ESQUIVEL,**

did knowingly and unlawfully transfer a firearm, that is, three (3) privately made components referred to as drop-in auto-sears, without serial numbers and industry markings, not registered in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Sections 5812, 5861(e), and 5871, and Title 18, United States Code, Section 2.

## COUNT TWELVE

On or about February 23, 2023, in the Southern District of Texas and within the jurisdiction of the Court, Defendant,

**JAIME JESUS ESQUIVEL,**

did knowingly possess a firearm, that is, one (1) privately made firearm, not identified by a serial number as required by Chapter 53 of Title 26, in violation of Title 26, United States Code, Sections 5861(i), and 5871, and Title 18, United States Code, Section 2.

## COUNT THIRTEEN

On or about March 9, 2023, in the Southern District of Texas and within the jurisdiction of the Court, Defendants,

**JAIME JESUS ESQUIVEL,**

did knowingly possess a firearm, that is, three (3) privately made components referred to as drop-in auto-sears, not identified by a serial number as required by Chapter 53 of Title 26, in violation of Title 26, United States Code, Sections 5861(i), and 5871, and Title 18, United States Code, Section 2.

## COUNT FOURTEEN

On or about March 23, 2023, in the Southern District of Texas and within the jurisdiction of the Court, Defendant,

**JAIME JESUS ESQUIVEL,**

did knowingly possess a firearm, that is, one (1) privately made firearm, not identified by a serial number as required by Chapter 53 of Title 26, in violation of Title 26, United States Code, Sections 5861(i), and 5871, and Title 18, United States Code, Section 2.

## COUNT FIFTEEN

On or about March 23, 2023, in the Southern District of Texas and within the jurisdiction of the Court, Defendant,

**JAIME JESUS ESQUIVEL,**

knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, to wit, a Springfield Armory, model M1A SOCOM 16 II, .308 caliber rifle with serial number 270140, and a Western Field, model 550AD, 12-gauge shotgun with serial number 110901, and the firearms were in affecting interstate and foreign commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## COUNT SIXTEEN

Beginning on or about December 23, 2022, and ending March 23, 2023, in the Southern District of Texas, and elsewhere, and within the jurisdiction of the Court, Defendant,

**JAIME JESUS ESQUIVEL,**

did knowingly conspire and agree with other persons known and unknown to the Grand Jurors to knowingly and intentionally possess with the intent to distribute and distributed a more of a mixture and substance containing a detectable amount of a mixture and substance containing a detectable amount of cocaine, its salts, optical and geometric isomers, and salts of isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 846, 841(a)(1) and 841(b)(1)(C).

## COUNT SEVENTEEN

On or about January 9, 2023, in the Southern District of Texas and within the jurisdiction of the Court, Defendant,

**JAIME JESUS ESQUIVEL,**

did knowingly distribute a controlled substance. This violation involved a quantity of a mixture and substance containing a detectable amount of cocaine, its salts, optical and geometric isomers, and salts of isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C) and Title 18, United States Code, Section 2.

## COUNT EIGHTEEN

On or about January 24, 2023, in the Southern District of Texas and within the jurisdiction of the Court, Defendant,

**JAIME JESUS ESQUIVEL,**

did knowingly distribute a controlled substance. This violation involved a quantity of a mixture and substance containing a detectable amount of cocaine, its salts, optical and geometric isomers, and salts of isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C) and Title 18, United States Code, Section 2.

## COUNT NINETEEN

On or about February 22, 2023, in the Southern District of Texas and within the jurisdiction of the Court, Defendant,

**JAIME JESUS ESQUIVEL,**

did knowingly distribute a controlled substance. This violation involved a quantity of a mixture and substance containing a detectable amount of cocaine, its salts, optical and geometric isomers, and salts of isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C) and Title 18, United States Code, Section 2.

## COUNT TWENTY

On or about March 23, 2023, in the Southern District of Texas and within the jurisdiction of the Court, Defendant,

**JAIME JESUS ESQUIVEL,**

did knowingly possess with intent to distribute a controlled substance. This violation involved a a mixture and substance containing a detectable amount of cocaine, its salts, optical and geometric isomers, and salts of isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C) and Title 18, United States Code, Section 2.

## NOTICE OF FORFEITURE

**18 U.S.C. § 922(g) and 922(o)**
**(Counts 1-3, 15)**

Pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), the United States gives notice to Defendant,

**JAIME JESUS ESQUIVEL,**

that upon conviction of a violation of Title 18, United States Code, Section 922(g) or 922(o), all firearms/ammunition involved in said violations are subject to forfeiture, including but not limited to the following:

1) two (2) privately made firearm, without serial numbers and industry markings.
2) three (3) privately made components referred to as drop-in auto-sears, without serial numbers and industry markings.

3) One (1) firearm, to wit, a Springfield Armory, model M1A SOCOM 16 II, .308 caliber rifle with serial number 270140, and a Western Field, model 550AD, 12-gauge shotgun with serial number 110901.

4) Assorted ammunition.

5) Assorted firearms parts.

6) (9) completed privately manufactured AR-type lower receivers.

7) Assorted firearm manufacturing tools/jigs.

8) a 3D Printer.

### 26 USC § 5822, 26 USC § 5841, 26 USC § 5812, and 26 USC § 5861(i)
### (Counts 4-14)

Pursuant to Title 26, United States Code, Section 5872 and Title 28, United States Code, Section 2461(c), the United States gives notice to Defendant,

**JAIME JESUS ESQUIVEL,**

that upon conviction of a violation of Title 26, United States Code, Section 5822, 5841, 5812, or 5861(i), all firearms/ammunition involved in said violations are subject to forfeiture, including but not limited to the following:

9) two (2) privately made firearm, without serial numbers and industry markings.

10) three (3) privately made components referred to as drop-in auto-sears, without serial numbers and industry markings.

11) One (1) firearm, to wit, a Springfield Armory, model M1A SOCOM 16 II, .308 caliber rifle with serial number 270140, and a Western Field, model 550AD, 12-gauge shotgun with serial number 110901.

12) Assorted ammunition.

13) Assorted firearms parts.

14) (9) completed privately manufactured AR-type lower receivers.

15) Assorted firearm manufacturing tools/jigs.

16) a 3D Printer.

A TRUE BILL:

ORIGINAL SIGNATURE ON FILE

ALAMDAR S. HAMDANI
UNITED STATES ATTORNEY

*Brandon Bowling*

_____
Brandon Bowling
Assistant United States Attorney

# CRIMINAL DOCKET

| | |
|---|---|
| <u>  LAREDO  </u> DIVISION | NO. <u> L-23-CR-412 </u> |
| FILE: 23-2046   MAG#:  23-00594 | |
| <u>INDICTMENT</u>        Filed: <u>April 18, 2023</u> | Judge: <u>  MGM  </u> |

ATTORNEYS:

UNITED STATES OF AMERICA

      VS.

<u>ALAMDAR S. HAMDANI, USA</u>
<u>BRANDON BOWLING, AUSA</u>

**JAIME JESUS ESQUIVEL**

**CHARGE:**
| | |
|---|---|
| Count 1-3: | Illegal Possession of a Machine Gun<br>[18 USC 922(o), 924(a)(2)] |
| Counts 4-6: | Possession of Firearm Made in Violation of NFA<br>[26 USC 5822, 5861(c), and 5871 and 18 USC 2] |
| Counts 7-9: | Possession of Unregistered Firearm<br>[26 USC 5841, 5861(d), and 5871 and 18 USC 2] |
| Counts 10-11: | Transfer of Firearm in Violation of NFA<br>[26 USC 5812, 5861(e), and 5871 and 18 USC 2] |
| Counts 12-14: | Possession of Firearm Unidentified by Serial Number<br>[26 USC 5861(i), and 5871 and 18 USC 2] |
| Count 15: | Possession of Firearm by a person having been convicted of a crime punishable by imprisonment for a term exceeding one year<br>[18 USC 922(g)(1), 924(a)(8)] |
| Count 16: | Conspiracy to possess with intent to distribute and distribute cocaine<br>[21 USC 846, 841(a)(1) & 841(b)(1)(C)] |
| Count 17-19: | Distribution of cocaine<br>[21 USC 841(a)(1) & 841(b)(1)(C)] |
| Count 20: | Possess with intent to distribute cocaine<br>[21 USC 841(a)(1) & 841(b)(1)(C)] |

**TOTAL COUNTS: 20**

**PENALTY:**
| | |
|---|---|
| Cts. 1-3: | 0 to 10 years and/or $250,000 Fine, $100 special assessment,<br>Not more than a three (3)-year term of supervised release |
| Cts. 15: | 0 to 15 years and/or $250,000 Fine, $100 special assessment, Not more than a three (3)-year term of supervised release<br>Not more than a three (3)-year term of supervised release |
| Cts. 4-14 | 0 to 10 years and/or $10,000 Fine, $100 special assessment,<br>Not more than a three (3)-year term of supervised release |
| Cts. 16-20 | 0 to 20 years imprisonment, not more than a $1,000,000 fine, $100 special assessment, at least 3 years up to a life term of supervised release |