UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

LAREDO DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § § | |
| v. | § § | CRIMINAL NO. 5:23-CR-00412 |
| **JAIME JESUS ESQUIVEL** | § § | |

## FACTUAL STATEMENT IN SUPPORT OF PLEA AGREEMENT

The United States of America, by and through ALAMDAR S. HAMDANI, United States Attorney for the Southern District of Texas and Brandon Bowling, Assistant United States Attorney, and the defendant, **JAIME JESUS ESQUIVEL** and the defendant's counsel, hereby stipulate as follows:

I.

If this case proceeded to trial, the United States of America would prove each element of the offense beyond a reasonable doubt. The following facts, among others, would be offered to establish the Defendant's guilt:

II.

The Drug Enforcement Administration (DEA), the Laredo Police Department (LPD), and the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) opened an investigation as to **JAIME JESUS ESQUIVEL** for narcotics distribution and firearms trafficking in Laredo, Texas in Webb County.

A LPD Undercover (UC) officer contacted **JAIME JESUS ESQUIVEL** and discussed via Facebook Messenger the sale of cocaine beginning on or about December 23, 2022. The Facebook page associated was identified as **JAIME JESUS ESQUIVEL's**.

On January 09, 2023, LPD and DEA conducted a controlled purchase of narcotics from **JAIME JESUS ESQUIVEL** for $680 through UC in Laredo, Texas for cocaine with a weight of 28 grams.

On January 24, 2022, LPD and DEA conducted a controlled purchase of narcotics from **JAIME JESUS ESQUIVEL** at a Walmart parking lot in Laredo, Texas. UC negotiated and purchased cocaine for $660 from **JAIME JESUS ESQUIVEL** with a weight of 28 grams.

On February 11, 2023, UC received a text photo and video from **JAIME JESUS ESQUIVEL** of numerous AR-type "ghost guns" with polymer lower receivers. "Ghost guns" are a common term for Privately Made Firearms (PMF). PMF are firearms that have been made from unfinished receivers and that are absent manufacturer's marks of identification. The photos and video from **JAIME JESUS ESQUIVEL** showed six complete AR-type PMFs that are apparent short-barrel rifles. A short barrel rifle is a rifle with a barrel less than 16 inches long and equipped with a shoulder fired buttstock. Also in the photo are two AR-type lower receivers without the upper receiver attached, tools, and firearms parts. **JAIME JESUS ESQUIVEL** informed UC that one of the "ghost guns" is a machine gun and he wanted to sell it for $2,000. **JAIME JESUS ESQUIVEL** told UC that he manufactured the firearms.

On February 23, 2023, ATF, LPD, and DEA, conducted a controlled purchase of narcotics and a firearm from **JAIME JESUS ESQUIVEL** at the intersection of Baltimore and San Lorenzo in Laredo, Texas. The UC negotiated and purchased 28 grams of cocaine for $660 and one fully automatic firearm for $2,000 from **JAIME JESUS ESQUIVEL**. **JAIME JESUS ESQUIVEL**

explained to UC how the firearm was fully automatic. The firearm is an AR-type PMF with a green polymer lower receiver. The firearm is a short barrel rifle. The firearm lacked any serial numbers or industry markings and was unregistered. The lower receiver had three positions labeled at the selector switch. The positions were "Safe", "Semi", and "Auto". ATF was able to confirm that the weapon was operable and fully automatic. **JAIME JESUS ESQUIVEL** stated, and ATF confirmed that that the components inside of the firearm were Colt model M4 parts. **JAIME JESUS ESQUIVEL** showed UC various images of weapons that he was building, as well as a video of **JAIME JESUS ESQUIVEL** shooting an automatic handgun. ATF conducted a function test of the firearm and found that it did operate as a machinegun because it expelled more than one round of ammunition with a single function of the trigger.

On March 9, 2023, DEA, ATF, and LPD conducted a controlled purchase using UC for three fully automatic rifles from **JAIME JESUS ESQUIVEL** for $6000 at the intersection of Baltimore and San Lorenzo in Laredo, Texas. Following the controlled purchase ATF recovered the firearms from UC and noted that the three firearms were PMF. One of the firearms had a black polymer lower receiver, with a shoulder fired buttstock, no serial number, and a barrel length of approximately 8.875 inches. ATF checked the inside of the lower receiver and found a grey polymer, 3D printed, AR-type drop-in auto-sear or Machinegun Conversion Device (MGCD). An MGCD is any part designed and intended solely and exclusively, or combination of parts designed and intended, for use in converting a weapon into a machinegun. MGCDs are considered machineguns under 26 U.S.C. § 5845(b). The second firearm had a grey polymer lower receiver, with a shoulder fired buttstock, no serial number, and a barrel length of approximately 8.875 inches. ATF checked the inside of the lower receiver and found a grey polymer, 3D printed, AR-type drop-in auto-sear or MGCD. The third firearm had a silver metallic lower receiver, with a

shoulder fired buttstock, no serial number, and a barrel length of approximately 9 inches. ATF checked the inside of the lower receiver and found a grey polymer, 3D printed, AR-type drop-in auto-sear or MGCD. ATF conducted a function field test of the firearms and found that all three firearms did operate as a machinegun. The three firearms were a short barrel rifle. The firearms lacked any serial numbers or industry markings and were unregistered.

On March 23, 2023, law enforcement obtained a search warrant for **JAIME JESUS ESQUIVEL's** residence, and a location **JAIME JESUS ESQUIVEL** utilized in connection to the sale of automatic weapons in Laredo, Texas. After executing search warrants law enforcement seized completed privately manufactured AR-type lower receivers, various firearm parts, firearm parts were in boxes containing **JAIME JESUS ESQUIVEL's** full name and the address, firearm manufacturing tools/jigs, the pre-recorded currency used during the controlled purchases, 950 rounds of assorted ammunition, a Springfield, model M1A SOCOM II, 7.62mm rifle with serial number 270140, and a Western Field, model 550AD, 12-gauge shotgun with serial number 110901, a 3D printer used by **JAIME JESUS ESQUIVEL** to manufacture drop-in auto-sears, 10.9 grams of methamphetamine, approximately 292 grams of cocaine, and one PMF short barrel rifle that lacked any serial numbers or industry markings and was unregistered. ATF conducted a function field test of the firearms and found that all firearms did operate and that the PMF was a machinegun.

ATF conducted a function test of all machineguns in this investigation and found that it did operate as a machinegun because they expelled more than one round of ammunition with a single function of the trigger.

The total cocaine seized from **JAIME JESUS ESQUIVEL** during this investigation was approximately 400 grams

Following rights advisement and waiver, **JAIME JESUS ESQUIVEL** admitted to being a previously convicted felon who was prohibited from possessing firearms. **JAIME JESUS ESQUIVEL** admitted to manufacturing firearms and MGCDs and selling those firearms for money. **JAIME JESUS ESQUIVEL** admitted to possessing the cocaine found and stated he was the only person with access to the residence. **JAIME JESUS ESQUIVEL** admitted to exporting fully automatic firearms to Mexico both to UC and in this interview. **JAIME JESUS ESQUIVEL** stated that Cartel del Noreste refused to continue purchasing firearms utilizing drop-in auto-sear or MGCD due to the reliability of the polymer.

**JAIME JESUS ESQUIVEL** has the following felony convictions punishable by imprisonment for a term exceeding one year. In the 406th District Court of Texas **JAIME JESUS ESQUIVEL** was convicted of Abandon Endanger Child Criminal Negligence, a state felony, in Cause Number 2020CRD001831-D4 on October 5th, 2020. In the 406th District Court of Texas **JAIME JESUS ESQUIVEL** was convicted of Manufacture/Delivery of a Controlled Substance-Cocaine, a 1st Degree State Felony, in Cause Number 20221CRL000171-D4 on March 8th, 2021.

ATF determined that the Springfield, model M1A SOCOM II, 7.62mm rifle with serial number 270140, and the Western Field, model 550AD, 12-gauge shotgun with serial number 110901 were manufactured outside the state of Texas and in and affecting interstate and foreign commerce. ATF determined that all the remaining firearms were PMF and were lacking any serial numbers, were fully automatic, and that the barrel lengths of all PMFs were shorter than 16 inches

All firearms seized were test fired and determined operable.

The messages between **JAIME JESUS ESQUIVEL** and UC were recorded and all the controlled purchases between UC and **JAIME JESUS ESQUIVEL** were audio and video recorded during the monitoring.

III.

Defendant, **JAIME JESUS ESQUIVEL**, hereby confesses and judicially admits that on **February 23, 2023** he knowingly and Illegally Possessed a Machine Gun, in violation of Title 18, United States Code, Sections 922(o), 924(a)(2), and hereby confesses and judicially admits that on or about **March 23, 2023** he knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, to wit, a Springfield Armory, model M1A SOCOM 16 II, .308 caliber rifle with serial number 270140, and a Western Field, model 550AD, 12-gauge shotgun with serial number 110901, and the firearms were in affecting interstate and foreign commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8), and, hereby confesses and judicially admits that **beginning on or about December 23, 2022, and ending March 23, 2023**, he knowingly conspire to possess with intent to distribute cocaine, in violation of Title 21, United States Code, Section 846, 841(a)(1) & 841(b)(1)(C).

_____
JAIME JESUS ESQUIVEL
Defendant

APPROVED:

ALAMDAR S. HAMDANI
UNITED STATES ATTORNEY

By: _____
BRANDON BOWLING
Assistant United States Attorney
Southern District of Texas
Telephone: (956) 723-6523
Email: brandon.bowling2@usdoj.gov

_____
Attorney for Defendant
Atty/for D